Received
U.S. Marshals

♆AO 442  (Rev.12/85) Warrant for Arrest

OCT 16 2007

# UNITED STATES DISTRICT COURT

~~Middle District of Florida~~
Jacksonville Division

District of _____ MIDDLE _____ FLORIDA _____

UNITED STATES OF AMERICA

V.

USMAN JAWAID

**FILED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

**WARRANT FOR ARREST**

Case Number: 3 07-CR-177-J-32MCR

07-513-M-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ USMAN JAWAID _____
                                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☒ Violation Notice

charging him or her with  (brief description of offense)
See Attached

in violation of Title _____ N/A _____ United States Code, Section(s) _____ N/A _____

Sheryl L. Loesch
Name of Issuing Officer

Clerk, United States District Court Middle District of Florida
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 16, 2007 at Jacksonville, Florida
Date and Location

---

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED 10/24/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 10/24/07 | DUSM Thomas P. Daly | [signature] DUSM |

PS 8
(5 R8)

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF FLORIDA

07-513-M-01

U.S.A. vs. USMAN JAWAID                                Docket No. 3:07-cr-177-TJC-MCR-001

Petition for Action on Conditions of Pretrial Release

COMES NOW Kim Lee Watson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Usman Jawaid, who was placed under pretrial release supervision by the Honorable Monte C. Richardson sitting in the Court at Jacksonville, on August 2, 2007, under the following conditions:

1)   The defendant shall report on a regular basis to Pretrial Services as directed.

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has incurred the following violation of his release conditions:

The defendant has failed to report in-person to U.S. Pretrial Services in Washington, D.C. twice per month as directed. He last reported in-person on 09/21/07, but has failed to report since that date. Furthermore, he has failed to respond to this officer's telephone calls and cannot be located at this time.

**PRAYING THAT THE COURT WILL ISSUE AN ARREST WARRANT FOR THE DEFENDANT ORDERING HIM TO SHOW CAUSE WHY THE CONDITIONS OF RELEASE SHOULD NOT BE REVOKED OR MODIFIED**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this ___16___ day of _October_, 2007, and ordered filed and made a part of the records in the above case. | Executed on ___10/16/07___ |
| | _[signature]_ |
| Sworn to and subscribed before me this ___ day of October, 2007, at Jacksonville, Florida. | United States Pretrial Services Officer |
| _[signature]_ | Place: Jacksonville, Florida |
| United States Magistrate Judge | Date: _____ |
| Monte C. Richardson | Certified A True Copy<br>Sheryl L. Loesch, Clerk<br>U.S. District Court/MDFL<br>By _[signature]_ |

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## PRETRIAL SERVICES OFFICE

07-513-M-01

300 North Hogan St., Suite 2-200  
Federal Courthouse  
Jacksonville, Florida 37202-4265

Phone: (904) 301-6400  
(800) 786-0182  
Fax: (904) 301-6418

# MEMORANDUM

**To:** The Honorable Monte C. Richardson  
U.S. Magistrate Judge

**From:** Kim Lee Watson,  
U.S. Pretrial Services Officer

**Date:** October 12, 2007

**Re:** **USMAN JAWAID**  
Docket #: 3:07-cr-177-TJC-MCR-001  
18 U.S.C. 912.F - Impersonating Officer or Employee of the United States

## NOTICE OF APPARENT VIOLATION - ACTION REQUESTED

### RELEASE STATUS:

On 06/08/07, the above named defendant was arrested in the District of Columbia pursuant to a warrant issued in the Middle District of Florida, Jacksonville division on 05/03/07, charging the defendant with Impersonating an Officer or Employee of the United States in violation of 18 U.S.C. 912.

On 06/08/07, the defendant appeared for an initial appearance before the Honorable John M. Facciola in the District of Columbia. The defendant was released on his personal recognizance with the condition to report to U.S. Pretrial Services in the Middle District of Florida, Jacksonville division on 06/22/07.

On 08/02/07, the defendant appeared before Your Honor and entered a guilty plea. He is scheduled to be sentenced on 11/02/07, before the Honorable Timothy J. Corrigan.

Furthermore, on 08/02/07, the Court modified the defendant's release conditions and imposed the following release terms: Report to Pretrial Services as directed; maintain employment; travel restrictions; residential requirements and do not commit any offense in violation of federal, state or local law while on release in this case.

RE:   USMAN JAWAID                                                                       PAGE TWO

This officer submitted a request to U.S. Pretrial Services in Washington, D.C. for courtesy supervision and the defendant was instructed to report in-person twice per month and comply with all other release conditions.

On 10/12/07, a National Criminal Information Center record check and a Florida Criminal Information Center record check disclosed no new arrests or warrants.

### APPARENT VIOLATION:

The defendant has failed to report in-person to U.S. Pretrial Services in Washington, D.C. twice per month as directed. He reported in-person on 09/21/07, and has not reported since that date.

### DEFENDANT'S ADJUSTMENT TO SUPERVISION AND OFFICER INTERVENTION:

On 08/02/07, the defendant reported to the U.S. Pretrial Services Office in Jacksonville, Florida. At that time, the release conditions and the consequences of noncompliance were reviewed with him and he stated that he understood.

On 08/27/07, the defendant reported to U.S. Pretrial Services in Washington, D.C. and his release conditions were again reviewed. He was instructed to report in-person twice per month.

On 10/10/07, Officer Wilson in Washington, D.C. advised Pretrial Services in Jacksonville, Florida that the defendant failed to report a second time in the month of September and to date had not reported for the month of October.

On 10/10/07, this officer attempted to contact the defendant by calling his cell phone, home phone and work phone. His cell phone was not accepting messages, a voicemail message was left at his home number and his employer, Jim Coleman Automotive, advised that he was not at work.

On 10/11/07, this officer called the defendant on his cell phone but his cell phone was still not accepting messages.

On 10/12/07, this officer called the defendant on his cell phone and home phone and was able to leave a detailed voicemail message at both numbers. The defendant was instructed to report by phone to this officer and directed to report in-person to Pretrial Services in Washington, D.C. on this date no later than 02:00pm.



RE: USMAN JAWAID                                                    PAGE THREE

On 10/12/07, upon completion of the voicemail messages to the defendant, this officer was advised by AUSA Dale Campion and U.S. Probation Officer Irish Anderson that two handguns were recovered from the defendant's office at his place of employment - Jim Coleman Automotive - in Bethesda, Maryland.

On 10/12/07, this officer contacted Sgt. Ken Berger at the Montgomery County Police Department and obtained the following information:

> On 10/04/07, the defendant informed his employer, Jim Coleman Automotive, that he was not going to be at work because he needed to go to Andrew's Airforce Base for personal business and would return to work on 10/07/07. Mr. Jawaid failed to return to work on 10/07/07. On 10/09/07, an employee at Jim Coleman Automotive cleaned out the defendant's office and came upon a black bag with two unloaded handguns.
>
> On 10/10/07, Jim Coleman Automotive contacted the Montgomery County Police Department for assistance. The Montgomery County Police Department responded and recovered both firearms. On 10/11/07, Sgt. Berger took custody of both handguns. Sgt. Berger is assigned to the Gun Investigation Unit of the Montgomery County Police Department. He advised that based upon the defendant's guilty plea for Impersonating an Officer or Employee of the United States that he would seek a warrant for the defendant's arrest for Felon In Possession of a Firearm. (Please see the attached Incident - Offense Report from the Montgomery County Police Department).
>
> In addition, upon further discussion with Sgt. Berger, this officer learned that the defendant provided a different social security number, date of birth and address to Jim Coleman Automotive than he provided to the Court.

On 10/12/07, the defendant's mother, Aisha Khan, contacted this officer and advised that she received a message from the defendant stating that he was at the National Guard, in Fredericksburg, Virginia, for the weekend and would return home in the morning. According to the defendant's criminal complaint he was discharged from the United States Army on 02/03/06. Sgt. Berger advised that the defendant is not a member of the National Guard.

## RECOMMENDATION:

Based upon the defendant's inability to comply with the terms and conditions of release, it is respectfully requested that he be made to appear before the Court to show cause why his bond should not be revoked or modified

RE:   USMAN JAWAID                                                                          PAGE FOUR

_____                October 12, 2007
Kim Lee Watson,                          Date
U. S. Pretrial Services Officer

cc:   Dale Campion, Assistant
      United States Attorney

      William Charles Fletcher, Esquire

      Shelia Jacoby, Chief
      United States Pretrial Services Officer