UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.                            ) | CR. NO. 07-513-m-01 |
| USMAN JAWAID,            ) | |

**FILED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR TRANSFER TO GENERAL POPULATION

Defendant, Usman Jawaid, through undersigned counsel, respectfully asks this Honorable Court to order his transfer out of protective custody into the general population. In support of his motion, Mr. Jawaid states the following:

Mr. Jawaid appeared before the Court on October 24, 2007 for a removal hearing. Mr. Jawaid waived his identity hearing and the Court ordered that he be held without bond pending his transfer to the Middle District of Florida.

Following his appearance in court, Mr. Jawaid informed counsel that he had been placed in protective custody upon his arrest for no apparent reason. Given the confining nature of protective custody and in the absence of any indications that he warrants such placement, Mr. Jawaid requested that counsel ask this Court to order him placed in the general population of the D.C. Jail.

WHEREFORE, Mr. Jawaid respectfully asks this Court that his motion be granted.

Respectfully submitted,
A.J. KRAMER
Federal Public Defender

_____/s/_____

LARA G. QUINT
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, DC  20004
(202) 208-7500