UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br>USMAN JAWAID, | )<br>)<br>)<br>)<br>) CR. NO. 07-513-m-01<br>)<br>)<br>) |

**FILED**

OCT 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Mr. Jawaid's Motion for Transfer to General Population, it is by the Court hereby

ORDERED that the motion is GRANTED and that Mr. Jawaid shall be transferred forthwith to the general population of the D.C, Jail.

SO ORDERED.

October 24, 2007
DATE

_____
DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Angela George, AUSA
Lara Quint, AFPD