AO 94 (Rev. 8/85) Commitment to Another District

# United States District Court

*Forthwith*

**FILED OCT 2 4 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

USMAN Jawaid

**COMMITMENT TO ANOTHER DISTRICT**

CASE NUMBER: 07-513M

The defendant is charged with a violation of __18__ U.S.C. __912F__ alleged to have been committed in the __MIDDLE__ District of __Florida__.

Brief Description of Charge(s):

Impeding officer

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed. R. Crim. P. 40 having been completed.

__October 24, 2007__        _____
Date                          Judicial Officer

| RETURN |
|---|
| This commitment was received and executed as follows: |

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |